# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Bruce Newell Townsend,

                     Petitioner,                18 **CIVIL** 5939 (AJN)

                                                                    JUDGMENT

        -against-

Merrill Lynch, Pierce, Fenner & Smith, Inc.,

                          Respondent.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Orders dated September 19, 2019, and April 30, 2020, Petitioner's motion to vacate the award is denied in its entirety; Respondents' request for fees and Costs is granted in part and denied in part; Respondents are awarded $7431.70 in attorney's fees and $15.08 in costs, for a total of $7446.78; accordingly, the case is closed**.**

**Dated**: New York, New York
       April 30, 2020

                                                    RUBY J. KRAJICK
                                                  _____
                                                   **Clerk of Court**    _

**BY:**

                                                   _____
                                                   **Deputy Clerk**